IN THE MATTER OF THE APPLICATION FOR THE
COMMITMENT OF Z.O.

March 4, 1985.

Petition for certification denied. (See 197 *N.J.Super.* 330)

ANGEL RIVERA v. PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY.

March 4, 1985.

Petition for certification granted.

TOWNSHIP OF MOUNT LAUREL v. BOARD OF CHOSEN FREE-
HOLDERS OF THE COUNTY OF BURLINGTON, ETC.

March 4, 1985.

Petition for certification denied.

ANGELA GONZALES v. BARBARA A. HOLMES.

March 4, 1985.

Petition for certification denied.